King against Joseph B. Bissell. F. Bien, for appellant. H. Taylor, for respondent. No opinion. Judgment and order affirmed. Order filed.

KING, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by William King, by James J. King, his guardian ad litem, against the City of New York and another. No opinion. Judgment and order unanimously affirmed, with costs.

KLAUS v. UNITED STATES RUBBER RECLAIMING WORKS. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by John Klaus against the United States Rubber Reclaiming Works. No opinion. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the plaintiff made out a prima facie case.

KLEIN v. GALLIN et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by John Klein, as trustee in bankruptcy, etc., against Samuel Gallin and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 138 App. Div. 894, 122 N. Y. Supp. 1133.

KLEIN, Respondent, v. GRAHAM, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Ophelia C. Klein against Gorden T. Graham, impleaded with others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 129 N. Y. Supp. 1130.

KLEIN, Respondent, v. KRAKOWER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by John Klein, as trustee in bankruptcy, etc., against Tobias Krakower and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Commercial Bank v. Sherwood, 162 N. Y. 310, 56 N. E. 834.

KLEIN, Respondent, v. PETRI, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Emanuel Klein against John A. Petri, as administrator, etc., of Conrad Petri, deceased.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the alleged contract to pay the sum of $500 is not established by satisfactory evidence.

THOMAS and WOODWARD, JJ., dissent.

KRESSE, Respondent, v. KRESSE, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frank Kresse against Julia Kresse. No opinion. Interlocutory judgment affirmed.

KRUG v. CITY OF NEW YORK et al. (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Abraham Krug against the City of New York, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re KUEHNERT. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Robert Kuehnert, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 129 N. Y. Supp. 1131.

KURTZ v. WILLIAM B. RIKER & SON CO. (Supreme Court, Appellate Term. June 29, 1911.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by May Kurtz against the William B. Riker & Son Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed on condition of remittitur. Nadal, Jones & Mowton, for appellant. William D. Bosler, for respondent.

PER CURIAM. We have examined the grounds urged by the appellant for the reversal of this judgment and are satisfied that they are without merit. The evidence adduced did not, however, in our opinion, justify the amount of damages which the court awarded plaintiff. Judgment reversed, and new trial ordered, with costs to appellant to abide the event, unless the respondent, in 10 days after the entry of the order upon this judgment, stipulates to reduce the judgment to $100 and appropriate costs in the court below, in which event the judgment, as modified, is affirmed, without costs of this appeal to either party.

LA GRAVE v. HELLINGER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Sophie M. La Grave v. Leopold Hellinger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 291.

LANG, Respondent, v. LANG, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Daniel O. Lang against Mattie K. Lang. A. J. Oishei, for appellant. J. M. Wight, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAPIDUS, Appellant, v. FRANKLIN, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Abraham Lapidus against Gustav M. Franklin. No opinion. Order affirmed, with $10 costs and disbursements.

In re LALLY. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Lavinia Lally, a creditor of Mary Eagan, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements.